IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

PATRICK COLLINS, INC., )
           Plaintiff, )
v. ) Case No. 4:12-cv-13888-GAD-MAR
BRIAN MAISONVILLE, )
           Defendant. )

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Patrick Collins, Inc. and Defendant Brian Maisonville, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant Brian Maisonville respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant Brian Maisonville's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

                                                              Respectfully submitted,

| | |
|---|---|
| */s/ Paul J. Nicoletti* | s/ *John T. Hermann* |
| Paul J. Nicoletti, Esquire | John T. Hermann, Esquire |
| Nicoletti & Associates, PLLC | John T. Hermann, PC |
| 36880 Woodward Avenue | 2684 W. Eleven Mile Road |
| Suite 100 | Suite 100 |
| Bloomfield Hills, MI 48303 | Berkley, MI 48072 |
| Phone: 248-203-7800 | Phone: 248-591-9291 |
| paul@nicoletti-associates.com | JTHermanos@Earthlink.Net |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2013, the foregoing *Stipulation of Dismissal* was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti